1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RODDY KING,

11           Plaintiff,                          CIV S-05-1664 KJM

12       vs.

13   JO ANNE B. BARNHART,                        ORDER
     Commissioner of Social Security,
14
             Defendant.
15   _____/

16           Plaintiff has not paid the fee ordinarily required to file an action in this court, and

17   has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C.

18   §§ 1914(a), 1915(a). Plaintiff indicates he is presently employed but does not state the amount of

19   his take-home wages. Plaintiff will be provided the opportunity to submit either the appropriate

20   affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

21           In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall

22   submit, within twenty days from the date of this order, either a completed application and

23   affidavit in support of his request to proceed in forma pauperis, or the appropriate filing fee;

24   /////

25   /////

26   /////

1

1 | plaintiff's failure to comply with this order will result in a recommendation that this action be
2 | dismissed.
3 | DATED: September 1, 2005.

_____
UNITED STATES MAGISTRATE JUDGE