McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Telephone: (916) 554-2700
SHARON SANDS
Special Assistant United States Attorney
Telephone: (415) 977-8943
501 I Street, Suite 10-100
Sacramento, California 95814-2322

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODDY KING, | Case No. 2:05-CV-01664-KJM |
| Plaintiff, | STIPULATION TO REDACT PAGES FROM THE CERTIFIED ADMINISTRATIVE TRANSCRIPT AND FILE THE REDACTED TRANSCRIPT IN THIS ACTION; ORDER |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1) Page 90 of the Certified Administrative Transcript (which has not yet been filed in this action) is a confidential record pertaining to one or more individuals other than Plaintiff;

2) Said page shall be removed from the Certified Administrative Transcript, and from all copies of the Transcript, and then destroyed by Plaintiff's attorney, the Assistant United States Attorney, and the Assistant Regional Counsel; the redacted

Redaction Stip. & Order - 05-cv-01664        **1**

Certified Administrative Record shall then be filed in this action.

3) The above-mentioned page, mistakenly included in the Transcripts, will not be disclosed to anyone.

4) The inadvertent inclusion of the above-mentioned page in the Certified Administrative Transcript will not be a basis for a claimed error.

DATED: March 16, 2006     By:  /s/ Jesse S. Kaplan
                               JESSE S. KAPLAN
                               Attorney at Law

                               Attorney for Plaintiff

DATED: March 16, 2006     McGREGOR W. SCOTT
                          United States Attorney


                          By:  /s/ Bobbie J. Montoya
                               BOBBIE J. MONTOYA
                               Assistant United States Attorney

                               Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

DATED: March 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

Redaction Stip. & Order - 05-cv-01664   **2**