**JESSE S. KAPLAN CSB# 103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**(916) 488-3030**
**(916) 489-9297 fax**

**Attorney for Plaintiff**
**RODDY KING**

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RODDY KING,** | No. 2:05-CV-01664-KJM |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR EXTENSION OF TIME WITHIN WHICH PLAINTIFF MAY FILE REPLY BRIEF** |
| **JO ANNE BARNHART,** **Commissioner of Social Security,** | |
| Defendant. / | |

## **STIPULATION**

It is hereby stipulated by and between the parties, through their respective attorneys, the undersigned, that plaintiff may have an additional week within which to file his reply brief, making it due July 17, 2006. This represents a first request for such extension and is made because plaintiff's counsel has a motion for summary judgment due in another case when this reply brief falls due, with another reply brief due shortly thereafter.

SO STIPULATED.

DATED: July 7, 2006                                            /s/   Jesse S. Kaplan

                                                                            JESSE S. KAPLAN
                                                                            Attorney for Plaintiff

1

1  DATED: July 10, 2006                              /s/ Bobbie Montoya for
2                                                    DEBORAH LEE STACHEL
                                                     Special Asst. U.S. Attorney
3                                                    Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING THEREFOR from the stipulation of the parties, IT IS HEREBY ORDERED that plaintiff shall have until July 17, 2006, within which to file his reply brief.

DATED: July 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE