McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DEBORAH LEE STACHEL
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Deborah.Stachel@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| RODDY KING,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:05-cv-01664-KJM<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

      TO THE HONORABLE KIMBERLY J. MUELLER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

      IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND, ONE HUNDRED SIXTY and 00/100 DOLLARS ($4,160.00).  This amount represents compensation for legal services rendered on Plaintiff's behalf by his attorney in connection with this civil action for services performed before the district court through remand, in accordance with 28 U.S.C. § 2412(d).

      This stipulation constitutes a compromise settlement for all fees under the EAJA in this action,

and does not constitute an admission of Defendant's liability under the EAJA. Payment of FOUR THOUSAND, ONE HUNDRED SIXTY and 00/100 DOLLARS ($4,160.00) shall constitute a complete release from and bar to any and all claims Plaintiff may have under the EAJA fees in connection with this action, without prejudice to any future request for fees under Section 206(b) of the Social Security Act, 42 U.S.C. § 406(b).

                                        Respectfully submitted,

Dated: June 11, 2007          /s/ Jesse S. Kaplan
                                      (As authorized via facsimile)
                                      JESSE S. KAPLAN
                                      Attorney for Plaintiff

Dated: June 11, 2007          McGREGOR W. SCOTT
                                      United States Attorney
                                      LUCILLE GONZALES MEIS
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                                      /s/ Deborah Lee Stachel
                                      DEBORAH LEE STACHEL
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

                                             <u>ORDER</u>

     APPROVED AND SO ORDERED.

DATED: June 13, 2007.

                                             _____
                                             U.S. MAGISTRATE JUDGE